IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CANDY FACTORY CONDOMINIUM OWNERS ASSOCIATION, INC., | * * * | |
| Plaintiff, | * * | |
| VS. | * * | Case No. 3:11-CV-563 |
| THE HARFORD MUTUAL INSURANCE COMPANY, [Correct name of insurer: FIRST LINE NATIONAL INSURANCE COMPANY] | * * * * * | JURY DEMANDED Judge Thomas W. Phillips/ Magistrate Judge H. Bruce Guyton |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against and between all parties to this litigation in that all matters have been compromised and settled privately. Each party will bear its/their own costs.

**APPROVED FOR ENTRY:**

s/*Melanie E. Davis*
Melanie E. Davis (BPR #017947)
Counsel for Candy Factory Condominium Owners Association, Inc.
**KIZER & BLACK, ATTORNEYS, PLLC**
329 Cates Street
Maryville, TN 37801-4903
(865) 982-7650; Fax: (865) 982-5776

        s/*S. Morris Hadden*
S. Morris Hadden (BPR #000747)


        s/*Caroline R. Williams*
Caroline R. Williams (BPR #029454)

Counsel for The Harford Mutual Insurance Company and The Firstline National Insurance Company
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN  37664
(423) 378-8820; Fax:  (423) 378-8801